# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESUS RODRIGUEZ-LEON,<br>    Petitioner | :   No. 3:13cv1382<br>:<br>:   (Judge Munley) |
| v. | :<br>:   (Magistrate Judge Schwab) |
| MONICA RECTENWALD,<br>    Respondent | :<br>: |

## ORDER

**AND NOW**, to wit, this 7th day of July 2014, it is hereby **ORDERED** as follows:

1) The petitioner's objections to the report and recommendation (Doc. 17) are **OVERRULED**;

2) The magistrate judge's report and recommendation (Doc. 16) is **ADOPTED**;

3) The petitioner's petition for a writ of habeas corpus (Doc. 1) is **DENIED**;

4) The petitioner's motion for summary judgment (Doc. 13) is **DENIED**;

5) The Clerk of Court is directed to **CLOSE** this case; and

6) Based upon the reasoning set forth in the accompanying memorandum, we decline to issue a certificate of appealability.

                                             **BY THE COURT:**

                                             s/ James M. Munley
                                             **JUDGE JAMES M. MUNLEY**
                                             **United States District Court**